AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio ▾

| | |
|---|---|
| United States of America<br>v.<br>Terry L. Thomas | )<br>)<br>)<br>)  Case No: 3:18-cr-00094-001<br>)  USM No: 44412-061<br>) |
| Date of Original Judgment: 08/02/2019<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)  Laura E. Byrum<br>  *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  ☐DENIED.  ☑GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  60  months **is reduced to**  time served .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Mr. Thomas was sentenced to 60 months in case number 3:18-cr-00094(1). In case number 3:06-cr-00185, he was sentenced to a period of 36 months, to be served consecutively to the 60 month sentence imposed in 3:18-cr-00094, for a total sentence of 96 months. Mr. Thomas is eligible for a reduction to a sentence of 48 months in case number 3:18-cr-00094(1), for a total sentence of 84 months. Prior to entry of this Order, Mr. Thomas' projected release date on both cases is April 25, 2024. By reducing Mr. Thomas's sentence in the instant case (3:18-cr-00094(1)), it is intended that Mr. Thomas be eligible for immediate release from the sentence imposed in both cases.

Except as otherwise provided, all provisions of the judgment dated  08/02/2019  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  2-1-24

_____
*Judge's signature*

Effective Date:  02/01/2024
  *(if different from order date)*

Walter H. Rice, District Judge
_____
*Printed name and title*